**No. 10-1137. Rock for Life-UMBC, et al., Petitioners v. Freeman Hrabowski, et al.**

565 U.S. 814, 132 S. Ct. 92, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6807.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 541.

**No. 10-1163. Christine A. Opp, et al., Petitioners v. Office of the State's Attorney of Cook County, Illinois, et al.**

565 U.S. 815, 132 S. Ct. 92, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6893.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 630 F.3d 616.

**No. 10-1178. Kenneth Michael Myers, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 815, 132 S. Ct. 92, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6868.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 69.

**No. 10-1191. Dawn S. Sherman, a Minor, Through Robert I. Sherman, Her Father and Next Friend, on Behalf of Herself and All Others Similarly Situated, Petitioner v. Christopher Koch, Illinois State Superintendent of Education.**

565 U.S. 815, 132 S. Ct. 92, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6890.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 623 F.3d 501.

**No. 10-1204. AT&T, Inc., Petitioner v. United States.**

565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6995.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 629 F.3d 505.

**No. 10-1207. Charles F. Williams, Jr., Petitioner v. Maryland.**

565 U.S. 815, 132 S. Ct. 93, 181 L. Ed. 2d 22, 2011 U.S. LEXIS 6615.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Maryland denied.

Same case below, 417 Md. 479, 10 A.3d 1167.